IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO. 13-00219-KD |
| | : | |
| CHRISTOPHER CHANCE COLLIER | : | |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS

Comes now the Defendant, CHRISTOPHER CHANCE COLLIER, by and through his attorney, Sidney M. Harrell, Jr., and pursuant to the Court's Standing Order of October 18, 1994, and the provisions of Rule 32(c)(3)(B) Fed. R. Crim. P. and files herein his response to the Pre-Sentence Report prepared by the United States Probation Office of this district.

1. The Defendant adopts the presentence report, including the application of the sentencing guidelines and asserts that there are no objections to same.

Respectfully Submitted,

/s/ Sidney M. Harrell, Jr.
Sidney M. Harrell, Jr.
Attorney for Defendant
P.O. Box 2686
Mobile, Alabama 36652
(251) 476-3330

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of January 2014, a copy of the foregoing has been served upon all interested parties by electronic filing.

/s/ Sidney M. Harrell, Jr.
Sidney M. Harrell, Jr.