```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
```

UNITED STATES OF AMERICA          *
                                  *
VS.                               *   CR 13-00219-KD
                                  *
CHRISTOPHER CHANCE COLLIER        *


ORDER ON INITIAL APPEARANCE FOR REVOCATION
OF PROBATION OR SUPERVISED RELEASE

On May 28, 2014, Defendant Christopher Chance Collier, appeared in court before the undersigned Judge.  Defendant was advised of the alleged violations of probation or supervised release; of the right to be represented by counsel, including a right to appointed counsel if Defendant is financially unable to retain an attorney; and of Defendant's right to a preliminary hearing.  After oral examination, the Court found that Defendant is indigent and appointed Sidney Harrell, who was present in Court, to represent Defendant.  Also present were Assistant United States Attorney Maria Murphy and Probation Officer Dawn Bachtold.

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedures, the Court found that there is probable cause to hold the Defendant to answer in the District Court.  The finding was based upon:

      (X)   written waiver of preliminary hearing
      ( )   hearing under Rule 32.21.

By Order dated May 12, 2014 (Doc. 193), Judge Kristi K. DuBose ordered that, upon Defendant's arrest, he be detained pending the revocation hearing.  Therefore, Defendant was **ORDERED DETAINED**.

The Court **FURTHER ORDERS** that the United States Marshal produce Defendant for the revocation hearing which is set before **Judge Kristi K. DuBose on May 30, 2014 at 3:00 p.m. in Courtroom 5A.**

**PLEASE NOTE THE NEW TIME FOR THE REVOCATION HEARING.**

DONE this 29th day of May, 2014.


                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE